IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR326 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EARL DEAN DECORY, | ) | |
| | ) | |
| Defendant. | ) | |

The arraignment hearing is scheduled before the undersigned magistrate judge at **2:45 p.m. on October 31, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 27th day of October, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge